**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-7129**

_____

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

     v.

LINO H. HAYNES,

             Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Henry Coke Morgan, Jr., Senior
District Judge.  (2:90-cr-00105-HCM)

_____

Submitted:  June 30, 2008          Decided:  July 14, 2008

_____

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit
Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Lino H. Haynes, Appellant Pro Se.  Charles Philip Rosenberg, United
States Attorney, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lino H. Haynes appeals the district court's order denying his Fed. R. Crim. P. 35(a) motion and denying reconsideration of its May 11, 2004 order granting in part and denying in part his Fed. R. Crim. P. 35(a) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Haynes, No. 2:90-cr-00105-HCM (E.D. Va. filed July 9, 2007; entered July 12, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED